UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In Re: John Francis Pawloski** ) | |
| ) | Case No. 4:10-mc-00451-CDP |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## ORDER

On August 18, 2010, the above numbered case was inadvertently opened in error.

Therefore, this case will be administratively closed.

**IT IS HEREBY ORDERED** that this case is administratively closed.

Dated this 18th day of August, 2010.

**JAMES G. WOODWARD**
**CLERK OF COURT**

By: /s/ Karen Moore
Deputy Clerk